IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FRANCES L. RIDER,

        Plaintiff,

                                     ORDER

v.

                                   09-cv-575-bbc

MICHAEL ASTRUE,
Commissioner of Social Security,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In compliance with the mandate of the Court of Appeals for the Seventh Circuit, IT IS ORDERED that plaintiff Francis L. Rider's case is REMANDED to the Commissioner.

       Entered this 16th day of March, 2011.

                                                        BY THE COURT:
                                                        /s/
                                                        BARBARA B. CRABB
                                                        District Judge